**L. B. WEIR, Appellant,**

v.

**ASHLAND OIL & TRANSPORTATION COMPANY et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 1, 1957.

Rehearing Denied Jan. 24, 1958.

L. B. Weir, Madisonville, for appellant.

King & Craig, Dorsey & Dorsey, Henderson, John S. Palmore, Henderson (Warning Order Atty.), for appellees.

PER CURIAM.

This case is before us on motion for appeal under KRS 21.080, and involves an attempt to impose a lien for legal services on the appellees for such services rendered a third party. The trial court could not find a basis for imposing such a lien, and we think its conclusion is correct.

The motion for an appeal is overruled and the judgment is affirmed.